**SPLIT PIVOT, INC., Plaintiff–Appellant,**

v.

**TREK BICYCLE CORPORATION, Defendant–Appellee.**

No. 2014–1241.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2014.

**MILLIONWAY INTERNATIONAL, INC., Plaintiff–Appellant,**

v.

**BLACK RAPID, INC., Defendant–Appellee.**

No. 2014–1204.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2014.

Alan Marshall Anderson, Alan Anderson Law Firm LLC, of Minneapolis, MN, argued for plaintiff-appellant. With him on the brief was Aaron C. Nyquist. Of counsel was Christopher A. Young, Kutak Rock LLP, of Minneapolis, MN.

Dan L. Bagetell, Perkins Coie LLP, of Phoenix, AZ, argued for defendant-appellee. On the brief were John S. Skilton, Autumn N. Nero And David R. Pekarek Krohn, of Madison, WI.

DYK, WALLACH, and HUGHES, Circuit Judges.

**JUDGEMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**